In the Matter of the Estate of CHARLES B. OATES, Deceased. DONALD M. OATES, as Executor of CHARLES B. OATES, Deceased, Appellant; THELMA W. OATES, Respondent.—Decree, Surrogate's Court, Chenango County, entered November 12, 1976, affirmed, without costs, No opinion. Mahoney, P. J., Greenblott, Sweeney, Kane and Herlihy, JJ., concur.